## AFFIDAVIT IN SUPPORT A CRIMINAL COMPLAINT

I, Peter J. Mauro, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2. I have been employed by the FBI as a Special Agent since August of 2009 and am currently assigned to the Cleveland division, Akron Resident Agency. I have been assigned to, and participated in, investigations in the area of general criminal matters, specializing in Crimes Against Children and crimes involving the internet. I have participated in all of the usual methods of investigation including, but not limited to, financial analysis, physical surveillance, service of subpoenas, cooperating witnesses, confidential human sources, telephone toll record analysis, interception of wire and cellular telephone communications, consensual monitoring, and the execution of search and arrest warrants. Prior to my employment with the FBI, from 2003 until 2009 I was a Staff Sergeant in the United States Air Force, during which time I served in the Security Forces. I hold an associate degree in criminal justice, a bachelor's degree in psychology, and a master's degree in criminal justice. Over the course of my employment as an FBI Special Agent I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses involving children. These crimes resulted in subsequent convictions in Federal Courts.

3. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Kevin Lewis Hedrick (Hedrick), date of birth July XX, 1985, has violated 18 U.S.C. § 2252 and 18 U.S.C. § 2252A – Certain activities related to material constituting or containing child pornography, 18 U.S.C. § 2252(a)(2) - Receipt of visual depictions of minors engaged in sexually explicit conduct as well as 18, U.S.C. § 2422(b) which prohibits knowingly persuading, inducing, enticing, or coercing any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

4. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents, Task Force Officers [TFO] and FBI Analysts, written reports about this and other investigations that I have received directly or indirectly, from other law enforcement agents, information gathered from the results of physical surveillance conducted by law enforcement agents, the service and execution of administrative subpoenas and federal search warrants, interviewing Hedrick and his associates, independent investigation and analysis by FBI agents/analysts, and my experience, training and background as a Special Agent of the FBI. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

5. On or about October 19, 2022, The Cincinnati field office of the FBI contacted the Cleveland Division of the FBI, Akron Resident Agency to inform them that an FBI Task Force Officer (TFO) from the United States Secret Service assigned to the FBI CI division acting in an undercover

capacity (hereafter referred to as UC1), was engaged in an online chat via the social media platform Kik[1] pertaining to sex acts with a 14-year-old girl.

6. On or about October 3 and October 4, 2022, and then again on or about October 18 and October 19, 2022, UC1 had a peer-to-peer chat exchange with Kik user "itsreallymike22" display name "Mike Smith", later identified as Hedrick's Kik account. UC1 first encountered Hedrick's Kik Account in a Kik chatroom titled, "Ohio chastity key holders" and Hedrick's Kik Account initiated conversation after UC1 posted, "I have 2 daughters."

7. The UC1 account and Hedrick's Kik account (described in the chats below as MS) had the following conversation in a peer-to-peer chat without change or correction:

**On or about October 3, 2022:**
MS-Good afternoon Megan. 35m Ohio
UC-Hello, 28 f Columbus Ohio
MS-How are you doing?
MS- Delaware here.
UC- I'm great, how are you
UC- Do you have kids
MS- Nope just a dog. Haha
MS- You?
UC-2 young girls!
MS- Ages?
UC-And a dog
UC- 5 and 14
MS- Married? Single? Taken?
UC-Single
UC-You?
MS-Single
MS-Teacher. I'd have your oldest in class. (wink emoji) ha
UC- What chat did you message me off of?
UC- What do you teach?
MS- Key holders.
MS-Hs English.
UC- Are you into teens? Would be the perfect job (wink emoji)

---

[1] Kik is a peer-to-peer social media platform known to the affiant to be prolifically used for the receipt, possession, and distribution of child sexual abuse material and to engage in human trafficking related offenses.

MS- Haha that would be frowned upon
UC- That's not what I asked Haha
MS-What are you looking for?
MS- Lol
UC- You tell me first
MS- A sexy lady to enjoy life with.
MS-And in the right situation I'd go young. Lol
UC- Hahah have you ever been in the right situation? I like mom daughter stuff
MS-I've been with a mom
MS- And 2 students after graduation. Haha
UC-Boooooring
MS- Ever do it before?
MS- I like my job too much. Haha
MS- And never met a sexy mom with a sexy little girl
MS- Have a pic? (wink emoji)
MS-Of mom and daughter.
MS-Ever fool around before?
UC- We have, looking for someone with experience
MS- I've been with sisters, but never mom daughter
MS- Love to though…..
MS- (Sent photo of a penis)
MS- You could share this right?
MS- Can I see what you look like?
MS- And where does she go to school? Haha. Just realized….
UC- How old were the sisters
MS- 18
MS- 18/19
MS- Oldest she's been with?
UC- 33
MS- Good girl
MS-You like it when they leave her filled? Or is that for you? (Wink emoji)
MS- Love to know what you look like babygirl
MS-Guess not
MS- Love to have a mom guide my cock deep into her little girl
UC- You would meet up with me and my 14 year old? You'd flake for sure
MS- Where shall we meet?
UC- I could meet Wednesday. Do you have a wife? I could come over to your place
MS-Single.
MS-Somewhere public first?
UC-That makes sense I guess, hmmm…. Is columbus too far for you to drive? Or is there a park by you?
MS- You're only down the road
MS- I work in Columbus. What area are you in?
UC- So close (smile emoji) I'm near osu
MS- Nice

–4–

MS- Pic?
MS- My pic is in my profile
UC- (Sent photo of a portion of face)
MS- Hi (smile emoji)
MS- Have faceless pic?
UC- (Sent an image)
UC- This her sleepin
MS-So cute and innocent
MS- What do you like watching her do?
UC- Whatever she enjoys doing. She enjoys what is fun. What would you want to see
MS-I'd want to see her trying to take my cock as deep as she can in her mouth and pussy
MS-And if her mommy makes her, deep in her ass
UC- Mommy would have fun
UC-So Wednesday…
MS-Come to Polaris?
MS- Ans what will mommy be doing? (wink emoji)
UC-Sure! Where and what time
MS-Let me figure that out (smile emoji)
MS- Hotel?
UC- Hotel would be awesome actually
UC- Not a gross one
MS- Lol obviously.
UC- Ok just making sure lol
MS- What will you be doing during this Megan? (wink emoji)
MS- I don't want bed bugs. Lolol
UC- I'll be helping get her excited
UC- Me either hahahah
MS- Does mommy get a ride?
UC- Possibly, I may join, to make her more comfortable
MS- Have another of her?
UC- I'll send some later after I pic her up
MS-Faceless of you?
MS-Throbbing right now waiting for Wednesday
UC-I'll send one when I get back home
UC- Send me the reservation so I know you're serious (glasses emoji)
MS- Deal
MS-Limits?
UC- Sweet (tongue out emoji)
UC- We can discuss. You let me know what you like and I'll tell you what is off limits. I know what she likes and doesn't
MS-Love Foreplay. Toys. Stretching. Anal
MS-Cum play
MS-How tall is she?
UC- Ok, anal will have to be slow, she's tiny. But I think she would try it

UC- She's 4"3
MS-Lube (wink emoji) haha
UC- How tall are u?
MS-6'
MS-You?
UC-Wow talllll
MS- Tiny (heart eyes emoji)
MS- Her stomach might bulge from it….
UC- It might (Big eye emoji)
MS-Kiss her tummy for her
MS-I want to feel it on my cock through her.
UC- I will (Tongue out emoji)
UC- U bring lube?
MS- Of course
UC-She may be better to listen if you bring her favorite candy too!
UC- And maybe some Zquill

**On or about October 18, 2022:**
UC- Hi
MS-Hello there.
UC- How are ya doin
UC- How are ya doing
MS- Better now. Was super sick for like a week and a half. Covid
UC- Oh damn, u vaccinated?
MS- Yep. Still hits though.
MS- First time I had it.
UC- Glad you're better
MS- Same. How are you doing?
MS- Sorry i vanished.
UC-I'm good, just busy with the girls. It's ok
MS- Need to find time for a break
UC- I do
MS- Need a babysitter? (wink emoji)
UC- I do actually lol
UC- What would you guys do?
MS- Want me to watch the girls, or someone watch them so I can see you?
UC- You would disappear like last time
MS- Well, healthy now.
UC- Hmm
MS- Should we meet on a date first? Then meet the girls?
MS- You could come back home and find them tucked into bed tired and filled.
UC-We could do coffee (thumbs up emoji) nothing wrong with that
MS- I like coffee (wink emoji)
UC- I do as well!

–6–

MS-And bad moms. My favorite combination.
UC- I'm not a bad mom
MS- Naughty mom a better choice?
UC- There ya go!
MS- (Kiss face emoji)
MS- I still haven't seen a pic of you girls
UC- I don't send face pics of us all. Don't wanna get in trouble by sending it to the wrong person
MS- Absolutely. Faceless?
MS- Heights? Body type? (Kiss face emoji)

**On or about October 19, 2022:**
UC- I'm 5'3 and fittish, my youngest is tiny and my oldest is skinny and beautiful
UC-How are u today??
UC- You're a teacher yeah? Is that a fun job?
MS-I'm good. Most days is good. Haha
UC- Like most jobs lol
MS- That's life isn't it? (laugh emoji)
UC- I guess, we need more time off
MS- We do need more time off. And coffee
UC- Absolutelyyyyyy
MS- And some some time ( angel and purple horn emoji)
MS- A nd some free time*
UC- Yes, I love free time (sunglass emoji) what do you enjoy in your free time (purple horn emoji)
MS-Been bored lately
MS- Maybe you could give me some ideas (wink emoji)
UC- Like what (Spectacle and sunglass emoji)
MS-Something about you being pinned against a wall
UC- Oh that's intriguing
MS- You're the perfect size for it
MS- Limits? (wink emoji)
MS- Kinks?
UC- Limits and kins for me or the girlies
MS- You first. Then the girls
MS- Can't tease the girl until you tease the mom (wink face emoji)
UC- Oh is that how it works (tongue out emoji)
MS- I'm pretty sure.
MS- Ever play together before?
MS- Love to enjoy family time all together.
UC- That would be nice. Have you seen any videos of family time stuff?
MS- Only the fake stuff.
UC- Fake stuff?
MS-Like mom/daughter. But it's always an adult kid. HHa
UC- Damn, yeah I haven't found any real stuff lately either. I would love too.
MS- Thought about making it?

–7–

UC- Yeah, but I want to see other ones so I know what I'm doing ya know
MS- Makes sense
UC-You can make so much money I've heard
MS-Same
MS- Love to record you guiding my cock into your little girls
UC- Mmmm
UC- Yummy
MS-Youngest daughters mouth to older daughters pussy
UC-My 5 yr old wouldn't know what to do yet
MS- What's your oldest?
UC- 14
MS- Perfect
MS- You should get her on birth control (angel emoji)
UC- Why, you didn't meet up with us last time
UC- You disappeared
MS- Covid
MS- Can't spread that.
UC- That's true, but you just ghosted
MS- I know…. I'm sorry
MS- I just didn't get on here
UC- It worried me. Given the nature of what we talk about, I want to be able to trust u so we can have some fun.
MS- Agreed 100%
MS- ESP on your side. Haha
UC- Yeah it's my daughters were talking about
MS- Have you don't this before with them?
UC- Me and my ex did light touching with my oldest. But it's been a while. We broke up over a year ago
MS- She into it?
UC-She was smiling, which is why we did it haha
MS- Nice
MS- You should get her a toy to encourage her
UC- Toys are fun. I've thought about it. What would u get her?
MS- A suction cup dildo
MS- Or a rabbit vib
UC- I have a dildo and a regular vibratory but I don't think I know what a rabbit one is? Sounds interesting (sunglass emoji)
MS-Has little ears that vibrate against your clit as it's inside of you
MS- I want to see these. Haha
MS-Let her use one of them (Kiss face emoji)
MS-Seriously. It will make her play everyday.
UC- I might just do that… I feel like it would help her to see another girl her age using it. She's at that age where she doesn't want to do everything mom does lol she would love it, I did at that age, I actually started younger, I was 8

MS-I think playing and cumming is something she wants to do. Lol
MS- Get her a vib
MS- And lube. Haha
MS- Or for a date night with us
MS- We could make a mold of my cock and give her a dildo of me (wink emoji)
MS- Haha
MS- She needs a toy that has been deep in mommy
MS- She doesn't have a little bf does she? Haha
UC- Fun date night idea!
UC-No she doesn't have a bf, she likes daddy's
MS- I want to be her daddy
MS-I want to play with her and have her warm me up for you (wink emoji)
MS- Unless she needs daddy's cum in her little teen body
UC- She needs that daddy
MS- Good girl
MS- She needs to start training.
UC- I wish I could find something to show her so she can get excited about this, (purple horn emoji) I just don't even know where to go for that.
MS- Just basic porn that is family fantasy
MS- So what are moms kinks aside from this? (wink emoji)
UC- Her, that's honestly all that gets me going. Always been into young. What about you mr?
MS- Into this (wink emoji)
MS-You want to watch her being fucked, or join in?
MS- Think she wants this? Hehe
MS- She a freshman?
MS- Still there?
UC- Yes still here (sunglass emoji) watch and join to make her feel comfortable. Yeah I know she's watching porn, she wants it. Next school year she will be a freshman!
MS- Nice
MS- Get her a toy asap
MS- She wearing cute underwear?
MS- Is mom? (wink emoji)
MS- Into anal? Just curious.
UC- She has all cute underwear!
MS- Good. Ha
UC- Not right away (wide eye emoji)
MS- Bring me a pair when we meet for coffee. (smile emoji)
MS- You can make me cum into them….
MS- God you need some faceless pics Megan. (Kiss emoji)
UC- Deal, Bring me a mold of your cock when we meet, for her!

    8.    After the last chat, UC1 was requested to send a picture of his/her bare hand to prove that the UC1 was a real person. Contemporaneously, Hedrick's Kik Account sent an image of a right hand of

an adult male resting on his thigh. The image was taken by the user sitting in a car seat with dark seats and light-colored stitching. It was also apparent from UC1, that the image was taken directly from the Hedrick's Kik Account's smartphone camera. Later Hedrick sent a partial face image "selfie" to UC1. Visible in the image is a man with a beard that is wearing a green polo shirt; his face partially visible. When your affiant compared the image to that of Hedrick's Ohio Driver's License, Affiant concluded the picture is of Hedrick. Additionally, your affiant obtained surveillance footage from Medina High School from the day that Hedrick sent the image to UC1. In the surveillance footage, Hedrick is wearing a green shirt that is the same green shirt visible in the image he sent to UC1. Also, Hedrick has a full beard which is visible in both the image and the surveillance footage.




9. On or about October 4, 2022, FBI Cincinnati issued an administrative subpoena to Kik regarding Hedrick's Kik Account. On or about October 6, 2022, Kik responded indicating that Kik Account "itsreallymike22", Display Name "Mike Smith", was subscribed to by yahoo email address nivek8504@yahoo.com[2], and was accessed and created using an Apple iPhone. The account was first created on August 18, 2022. Additionally, present were a large volume of internet protocol address (IP address) logins to Kik from IP addresses administered by Verizon Wireless



---

[2] "nivek" is the name "Kevin" spelled backwards.

–10–

as well as Northeast Ohio Network for Education Technology from the entirety of the duration that the account was active.

10. A review of commercial databases for IP address allocation indicated that the Northeast Ohio Network for Education Technology was an Internet Service Provider (ISP) that administered internet for the Medina City School System in Medina, Ohio. An administrative subpoena was served on the Medina City School System for subscriber information regarding IP addresses that were used to access Hedrick's Kik Account from Northeast Ohio Network for Education Technology regarding specific dates and times the IP addresses appeared on the Kik administrative subpoena return for Hedrick's Kik Account. On or about October 19, 2022, a representative from the Medina City School System contacted your Affiant and stated that the user of the Northeast Ohio Network for Education Technology IP address that accessed Hedrick's Kik Account at the requested dates and times was Kevin Hedrick, a Medina City High School Social Studies teacher. Medina City Schools also provided Hedrick's personal telephone number as 330-730-[redacted]. The Medina City School employee stated that Hedrick did not have a school issued smartphone.

11. A review of law enforcement databases revealed that 330-730-[redacted] is a Verizon Wireless cellular telephone.

12. On or about October 19, 2022, an administrative subpoena was served to Verizon Wireless for IP address logins consistent with the date and time of those provided in the Kik administrative subpoena return for Hedrick's Kik Account. On or about October 19, 2022, Verizon Wireless responded with technical information implicating 330-730-[redacted] as the phone number associated with IP addresses used to access Hedrick's Kik Account. For example, On October 3, 2022, at 18:50:41 UTC Hedrick's Kik Account was being accessed by IP address 174.231.209.210 remote port

–11–

30848. On or about October 3, 2022, Hedrick's Kik Account was being accessed by IP address 174.231.209.210 remote port 30860 at 19:38:47 UTC. According to Verizon Wireless, IP address 174.231.209.210 was allocated to mobile phone 330-730-[redacted] and other users on October 3, 2022, 09:52 UTC to October 3, 2022, at 22:22 UTC. The outgoing port for this session was 30848 and the end port was 30879. IP address 174.231.209.210 was allocated to mobile phone number 330-730-[redacted] between October 3, 2022 at 18:50 UTC to October 3, 2022 at 20:23 UTC. The outgoing port for this session was 64288 and the end port is 64319[3].

13. A review of commercial and law enforcement databases attribute 330-730-[redacted] to Kevin Hedrick XXXX [redacted] South Cleveland Massillon Road, New Franklin, Ohio 44216-9339, Summit County, Ohio, which is located in the Northern District of Ohio. The first record of Hedrick owning this number was in June of 2004.

14. A review of law enforcement databases indicates a likely match of the user described above as: Kevin Lewis Hedrick, date of birth XX/XX/1985 [redacted], residing at XXXX [redacted] South Cleveland Massillon Road, New Franklin, Ohio 44216-9339.

15. On or about October 20, 2022, your affiant served a federal search warrant on Kik regarding Kik account "itsreallyMike22" regarding a suspected violation of a federal child enticement law. On or about October 25, 2022, your affiant found a video of Child Sexual Abuse Material (CSAM) in the search return from the target account and a supplemental federal warrant was obtained. A review

---

[3] According to Verizon Wireless, the target IP address is a NATTING IP Address and can be assigned to multiple users at the same time. Verizon further stated that if a port number fell between the range provided on the supplied records that would be a number of interest. During all access times described herein, the remote port number fell between the ports allocated to mobile phone number 330-730-[redacted], implicating Hedrick as the end-user.

–12–

of the search return from Kik regarding, "itsreallyMike22" revealed Two videos of CSAM as well as three images of CSAM:

16. A 10 second color video titled, "110e3049-69614360-89fc-30aae852382b.mpg" depicted an approximately seven-year-old white girl sitting naked with her legs open in front of a camera. The girl's vulva and nipples are visible, and she has a filter superimposing a crown of hearts circling her head. The girl rubs her labia and clitoris were her fingers masturbating before urinating for the camera. A review of the technical logs produced with the search return reveal that Kik user "itsreallyMike22" received this file from Kik user "nasstyytime2_scf" on or about September 23, 2022, at 02:36:20 UTC. In the immediate vicinity of that file being shared with Hedrick, Kik user "nasstyytime2_scf" also sent nine other media files. The other media files visible in the search return sent to Hedrick by Kik user "nasstyytime2_scf" in this set are also of pubescent teens in sexually provocative poses or positions, age questionable. Files shared with Hedrick from Kik user "nasstyytime2_scf" begin on or about September 6, 2022, and terminate on or about October 17, 2022.

17. A one minute, 31 second color video titled, "01b612fc-67d5-41de-9888-628ce91ed6b2.mpg" depicted an approximately 13-year-old white boy standing naked in a bathtub. The boy's penis and scrotum are visible. The boy does not have pubic hair, armpit hair, or any indication of facial hair or stubble. The boy is masturbating with a sex toy that is affixed to the bathtub wall, penetrating his anus. The boy appears prepubescent. A review of the technical logs produced with the search return reveal that Kik user "itsreallyMike22" received this file from Kik user "wetoneboy_v7k" on or about September 23, 2022, at or about 18:47:47 UTC. Files shared with Hedrick from Kik user "wetoneboy_b7k" begin on or about September 19, 2022, and terminate on or about October 17, 2022.

18. A color image titled, "2ec907bb-d5e8-46f3-a101-1acc2669fc34.jpg" depicted an approximately 10-year-old Asian girl laying on her back naked with her legs spread. The girl's vulva and anus are visible in the image. There are no signs of pubic hair development in the genital area. The girl's face is observed in the image and is consistent with the age estimation described herein. A review of the technical logs produced with the search return reveal that Kik user "itsreallyMike22" received this file from Kik user "fishngood_ck9" on or about October 4, 2022, at or about 20:57:44 UTC. In the immediate vicinity of that file being shared with Hedrick, Kik user "fishngood_ck9" also sent one other media file that was not available in the search warrant production. Both files shared with Hedrick from Kik user "fishngood_ck9" begin and end on or about October 4, 2022.

19. A color image titled, "2d388247-3b8c-4e78-b0f8-a89df2d900fa.jpg" depicted an approximately 13-year-old white girl kneeling on her bedroom floor wearing panties and a school uniform top with a necktie. The girl is sitting with her legs open in a provocative manner exposing her panty-covered genital area to the camera. The girl is holding up her uniform shirt pulling her necktie to the side exposing her breasts and nipples. The girl is groping her right breast. The girl is sticking out her tongue with a sexually explicit expression on her face. In the background, a stuffed animal lion can be observed on a dresser or desk. A review of the technical logs produced with the search return reveal that Kik user "itsreallyMike22" received this file from Kik user "mapi010_3da" on or about October 13, 2022 at or about 08:12:21 UTC. In the immediate vicinity of that file being shared with Hedrick, Kik user "mapi010_3da" also sent two other media files. Both files shared with Hedrick from Kik user "mapi010_3da" begin and end on or about October 13, 2022. The other two media files shared are part of a series depicting the same victim as described here. For example, in color image titled, "1b350ead-0463-4167-a504-841179768517" the same girl is observed in the same position, but this time lifting the

–14–

shirt entirely up exposing a clear picture of both of her nipples. The last image in the series sent by Kik user "mapi010_3da" is not categorized as CSAM, as the girl described herein is wearing her shirt, but is taken presumably immediately before the two other images described here.

20. In addition to the CSAM described above, there were approximately 24 files of Child Exploitation Material [Media that is described as either "age difficult" or sexually explicit media involving a child that may not rise to the level of lewd or lascivious.]

21. Further review of the technical logs associated with the Kik account "itsreallyMike22" revealed that in the production period, HEDRICK sent 54 media files to other users from on or about August 18, 2022 to on or about October 19, 2022. The entire production of both sent and received media revealed approximately 719 images and 281 videos. Nearly all of them sexually explicit in nature and largely depict young girls that the writer estimates between 13 and 19 years old.

22. On or about October 26, 2022, your affiant executed a federal search warrant on the person of Hedrick and interviewed him. During the interview, Hedrick admitted to talking with who he believed to be a woman that had two children over the social media platform Kik. Hedrick stated that the conversations with the woman were sexual in nature and that Hedrick admitted to discussing his desire to engage in sexual activity with her and one of her children that he believed were under the age of 18. Hedrick stated that he discussed and fantasized about having sexual relations with the woman and her 14-year-old daughter, but qualified the chats as only descriptive fantasies. Hedrick was specifically questioned by your affiant about a specific chat he had over Kik where Hedrick discussed having anal sex with a 14-year-old which Hedrick acknowledged making when he was horny.

23. Hedrick stated that he would install the Kik application on his phone, use it and then delete it. He would continually proceed in this fashion because he did not want his wife to find out about

his conversations on Kik. Hedrick stated that he also conducted this deleting behavior because he knew it was wrong. Hedrick admitted ownership of the 330-730-[redacted] cellular telephone number. Hedrick admitted to having at least one other elicit conversation with a woman via Kik, separate from the conversation captioned herein.

24. Hedrick admitted that he would participate in chatrooms inside of Kik that discussed sexual depictions and discussions of teenage girls. For example, Hedrick volunteered that he participated in a room called, "18 year olds in Bikinis" and had concerns that there may have been child pornography that was posted in the rooms where he was present. Hedrick was evasive when directly questioned about child pornography, specifically about why he would stay and participate in these rooms if he knew or believed illegal content was being discussed or shared.

25. During the interview of Hedrick, he was informed that your affiant possessed a search warrant of his person for electronic devices. After extracting Hedrick's phone, remnants of the Kik application were visible on the device, but the main program files had since been deleted, which was consistent with his Kik usage as described above. The Kik application was last launched on Hedrick's phone on October 18, 2022, and was activated on 60 occasions. A review of screen time usage by application revealed that Kik had been open on the screen exceeding two hours. The program does not indicate the inclusive period for screen usage data.

## CONCLUSION

26. Based on the above information, probable cause exists that Kevin Lewis Hedrick violated has violated 18 U.S.C. § 2252(a)(2), Receipt of visual depictions of minors engaged in sexually explicit conduct as well as 18, U.S.C. § 2422(b) which prohibits knowingly persuading, inducing, enticing, or

coercing any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

                                           FURTHER AFFIANT SAYETH NOT

_____
Peter J. Mauro, Special Agent
Federal Bureau of Investigation
Akron, Ohio

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this 6th day of January, 2023 in Akron, Ohio.

_____
Amanda M. Knapp
United States Magistrate Judge